VIRTUESQ LLC
CHRISTIAN L. KAMAU     10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 141.239.81.125, <br><br> Defendant. | CIVIL NO. 1:22-cv-00458-JMS-RT <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 141.239.81.125 are voluntarily dismissed with prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought.

DATED: Honolulu, Hawaii, February 22, 2023.

*[Space intentionally left blank.]*

1

Respectfully submitted,

/s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AS TO FORM:



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 141.239.81.125*, Civ. No. 1:22-cv-00458-JMS-RT, Plaintiff's Voluntary Dismissal with Prejudice of John Doe

2